1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: SACR08-0319-AG |
| Plaintiff, | ) ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| JORGE CELESTINO COLON-GONZALEZ, | ) ) ) | |
| Defendant. | ) ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).   This finding is based on the following:

   (X)  information in the Pretrial Services Report and Recommendation

   (X)  information in the violation petition and report(s)

1

1       (X)    the defendant's nonobjection to detention at this time

2       ( )    other:_____

3                 _____

4   and/ or

5 B. (X)  The defendant has not met his/her burden of establishing by clear and

6           convincing evidence that he/she is not likely to pose a danger to the safety of

7           any other person or the community if released under 18 U.S.C. § 3142(b) or

8       (c).   This finding is based on the following:

9       (X)   information in the Pretrial Services Report and Recommendation

10      (X)   information in the violation petition and report(s)

11      (X)   the defendant's nonobjection to detention at this time

12      ( )    other: _____

13               _____

14

15 IT THEREFORE IS ORDERED that the defendant be detained pending the further

16 revocation proceedings.

17

18 Dated: June 13, 2016

                                                    KENLY KIYA KATO
                                                    United States Magistrate Judge